**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Misty S. McDaniel, Respondent,

v.

Larry A. McDaniel, Appellant.

Appellate Case No. 2011-191346

Appeal From Horry County
Lisa A. Kinon, Family Court Judge

Unpublished Opinion No. 2013-UP-469
Submitted November 1, 2013 – Filed December 18, 2013

**AFFIRMED**

Walter Christopher Castro, of Central, for Appellant.

Misty S. McDaniel, pro se, of North Myrtle Beach.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Doe v. Doe*, 370 S.C. 206, 212, 634 S.E.2d 51, 54 (Ct. App. 2006) ("To preserve an issue for appellate review, the issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial court."); *Staubes v. City of Folly Beach*, 339 S.C. 406, 412, 529 S.E.2d 543, 546 (2000) ("Error preservation requirements are intended to enable the lower court to rule

properly after it has considered all relevant facts, law, and arguments." (internal quotation marks and citation omitted)); *Washington v. Washington*, 308 S.C. 549, 551, 419 S.E.2d 779, 781 (1992) (holding where an appellant neither raises an issue at trial nor through a Rule 59(e), SCRCP, motion, the issue is not preserved for appellate review).

**AFFIRMED.**[1]

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.